IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRINITY HOUSING, INC.** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 19-4976** |
| : | |
| **UNITED STATES OF AMERICA** : | |
| : | |

# ORDER

This 30th day of December 2020, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's Motion to Amend the Complaint (ECF 12) is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge